```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02826-HWV
Russel P. Blust                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: LyndseyPr        Page 1 of 1           Date Rcvd: Jun 14, 2019
                          Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
4709019        +Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
              Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"),
               creditor c/o Seterus, Inc. Bkmail@rosicki.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeniece Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, Et Al...
               jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Jill Manuel-Coughlin    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Russel P. Blust jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-02826-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Russel P. Blust
701 Drexel Rd
Harrisburg PA 17109

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Seterus, Inc. as the authorized subservicer for Fe, P.O. Box 1047, Hartford, CT 06143 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/16/19

Terrence S. Miller
**CLERK OF THE COURT**