LOCAL BANKRUPTCY FORM 9013-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Russel P. Blust, aka Russel P. Blust, Sr.<br>**Debtor**<br><br>U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2004-AC3, ASSET-BACKED CERTIFICATES, SERIES 2004-AC3<br>**Movant**<br>v.<br><br>Russel P. Blust, aka Russel P. Blust, Sr.<br>Charles J. DeHart, III, Esq., Trustee<br>**Respondents** | CHAPTER 13<br><br>CASE NO. 15-02826 HWV<br><br>**Nature of Proceeding:**<br><br>Motion for Relief from Stay<br><br>**Document #:** 87 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance: Requested by Debtor's Attorney

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: December 16, 2019      /s/ Jill Manuel-Coughlin, Esquire
                                                       Jill Manuel-Coughlin, Esquire
                                                       Attorney for Movant
                                                       Phone Number: 215-942-2090

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.