UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA – HARRISBURG DIVISION

| | |
|---|---|
| In Re: Russel P. Blust<br><br>Debtor. | Case No.: 1:15-bk-02826-HWV<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer U.S. Bank Trust National Association, as Trustee for FW Series I Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1

REQUEST FOR NOTICE

SNSC requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

| **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
|---|---|
| SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 | BKNotices@snsc.com |

Dated: January 8, 2020    By: /s/ Kathy Watson
Kathy Watson
c/o SN Servicing Corporation
Bankruptcy Asset Manager
323 5th Street
Eureka, CA 95501
800-603-0836
BKNotices@snservicing.com

# CERTIFICATE OF SERVICE

On January 8, 2020, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Johanna Hill Rehkamp
jhr@cclawpc.com

TRUSTEE
Charles J DeHart, III
TWecf@pamd13trustee.com

ASST. U.S. TRUSTEE
United States Trustee
ustpregion03.ha.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz

On January 8, 2020, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| **Debtor 1**<br>Russel P. Blust<br>701 Drexel Rd<br>Harrisburg, PA 17109 | |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz

3
REQUEST FOR NOTICE