```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-02826-HWV
Russel P. Blust                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Mar 30, 2020
                            Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2020.
4697092      +U.S. Bank National Association, Trustee,   c/o America's Servicing Company,
          3476 Stateview Blvd,   Attn Bankruptcy Dept MAC D3347-014,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:
         Andrew Goldberg   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae"),
          creditor c/o Seterus, Inc. Bkmail@rosicki.com
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         Heather Stacey Riloff   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
          Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
          heather@mvrlaw.com, Michelle@mvrlaw.com
         James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
          bkgroup@kmllawgroup.com
         Jeniece Davis   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal
          National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com,
          bonnie@mvrlaw.com
         Jill Manuel-Coughlin   on behalf of Creditor   U.S. Bank National Association, Et Al...
          bankruptcy@powerskirn.com
         Jill Manuel-Coughlin   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
          bankruptcy@powerskirn.com
         Johanna Hill Rehkamp   on behalf of Debtor 1 Russel P. Blust jhr@cclawpc.com,
          jlaughman@cclawpc.com;jbartley@cclawpc.com
         Recovery Management Systems Corporation   claims@recoverycorp.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                          TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-02826-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Russel P. Blust
701 Drexel Rd
Harrisburg PA 17109

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/30/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: U.S. Bank National Association, Trustee, c/o America's Servicing Company, 3476 Stateview Blvd, Attn Bankruptcy Dept MAC D3347-014, Fort Mill, SC 29715 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/01/20

Terrence S. Miller
**CLERK OF THE COURT**