Certificate Number: 14912-PAM-DE-034627092

Bankruptcy Case Number: 15-02826



14912-PAM-DE-034627092

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2020, at 12:48 o'clock AM EDT, Russel Blust completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 3, 2020

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor