# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Russel P. Blust** aka Russel P. Blust, Sr. **Debtor 1** | Chapter: 13 |
| | Case No.: 1:15-bk-02826-HWV |
| **Russel P. Blust** **Movant(s)** | Document No.: 101 |
| vs. | |
| **US BANK NATIONAL ASSOCIATION AS TRUSTEEFORBEAR STEARNS ASSET BACKED SECURITIES TRUST 2004-C3** **Respondent(s)** | Nature of Proceeding: **Debtor's Motion to Enforce the Automatic Stay** |

## ORDER

Upon consideration of Debtor's Motion to Enforce the Automatic Stay of U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2004-AC3

**IT IS HEREBY ORDERED** that such Motion is DENIED for failing to comply with Fed. R. Bankr. P. 7001(9) by failing to file this request for a declaratory judgment by filing an adversary proceeding.

Dated: September 15, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MK)