In re:  
Russel P. Blust  
    Debtor

Case No. 15-02826-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Sep 15, 2020  
Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.  
db     +Russel P. Blust,    701 Drexel Rd,    Harrisburg, PA 17109-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:

    Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. Bkmail@rosicki.com  
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
    Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc heather@mvrlaw.com, Michelle@mvrlaw.com  
    James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com  
    Jeniece Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com, bonnie@mvrlaw.com  
    Jill Manuel-Coughlin    on behalf of Creditor    U.S. Bank National Association, Et Al... bankruptcy@powerskirn.com  
    Jill Manuel-Coughlin    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bankruptcy@powerskirn.com  
    Johanna Hill Rehkamp    on behalf of Debtor 1 Russel P. Blust jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com  
    Michelle Ghidotti    on behalf of Creditor    US Bank Trust National Association, as Trustee for FW Series I Trust bknotifications@ghidottiberger.com  
    Recovery Management Systems Corporation    claims@recoverycorp.com  
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov

         TOTAL: 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Russel P. Blust<br>aka Russel P. Blust, Sr.<br><br>  Debtor 1 | Chapter: 13<br><br>Case No.: 1:15-bk-02826-HWV |
| Russel P. Blust<br>  Movant(s)<br>vs.<br>US BANK NATIONAL ASSOCIATION AS TRUSTEEFORBEAR STEARNS ASSET BACKED SECURITIES TRUST 2004-C3<br>  Respondent(s) | Document No.: 101<br><br>Nature of Proceeding: Debtor's Motion to Enforce the Automatic Stay |

## ORDER

Upon consideration of Debtor's Motion to Enforce the Automatic Stay of U.S. Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2004-AC3

**IT IS HEREBY ORDERED** that such Motion is DENIED for failing to comply with Fed. R. Bankr. P. 7001(9) by failing to file this request for a declaratory judgment by filing an adversary proceeding.

Dated: September 15, 2020

By the Court,

*Henry W. Van Eck* (signature)
Henry W. Van Eck, Chief Bankruptcy Judge (MK)