# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Russel P. Blust**
**aka Russel P. Blust, Sr.**

Chapter: 13

Case No.: 1:15-bk-02826-HWV

## ORDER SETTING STATUS CONFERENCE

**IT IS HEREBY ORDERED** that pursuant to the Court's own Motion under 11 U.S.C. § 105(d), a Status Conference is scheduled in the above-captioned case on:

DATE: October 14, 2020
TIME: 9:30 am

PLACE: **United States Bankruptcy Court**
**The Ronald Reagan Federal Building**
**Bankruptcy Courtroom (3rd Floor)**
**Third and Walnut Streets**
**Harrisburg, Pennsylvania**

Debtor 1 is **ORDERED** to appear.

Dated: September 29, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.