Re: Russel P. Blust Bankruptcy Chapter 13
Bankruptcy Case #1-15-02826

Dear United States Bankruptcy Court,

    I would like to request an exit conference if in fact it would be in my best interest to do so without interfering with the current Adversary Complaint due to the many unanswered questions since the beginning of the Bankruptcy. Unexpectedly this has converted to a Pro Se case.

Thank You
Respectfully

*[signature]*

*[Filed stamp: 2020 DEC 22 AM 12:29 — CLERK U.S. BANKRUPTCY COURT, HARRISBURG, PA]*

Re: Russel P. Blust Bankruptcy Case Chapter 13
Bankruptcy Case # 1-15-02826

Dear US Bankruptcy Clerk of Courts,

    Please take this letter as formal notification that due to Covid 19 and the restrictions it has caused, the major delays caused by the postal service, and the holidays and closure they cause, along with me also doing this Adversary Complaint as a Pro Se filer I would like to please request that you would graciously grant me a 15 day extension. As of this point, the Complaint is due December 24, 2020 I would kindly ask that I be granted to have until the 15th Of January 2021. I have included a screen shot of my informed delivery emails from the United States Postal Service Dec 2, 2020 at 8:07Am I pulled them out of the mailbox on Dec 4, 2020.

Thank you,
Respectfully

*[signature]*

*[Filed stamp: CLERK U.S. BANKRUPTCY COURT, 2020 DEC 22 AM 12:30, FILED HARRISBURG, PA]*







Date Dec 2, 2020, 8:07 AM

Standard encryption (TLS).
View security details

You have mail and packages arriving soon    12/2/2020

###  COMING TO YOUR MAILBOX SOON.



View all mail on dashboard >



Going, going, almost gone

ENROLL BY DECEMBER 15 TO MAKE SURE YOU'RE COVERED ON JANUARY 1.

UPMC HEALTH PLAN Marketplace

# UPMC HEALTH PLAN

FROM   UPMC MKTPLC PC 3_1519230

Learn More >

**CLICK HERE FOR INFO**



FIRST CLASS MAIL