Check No. 1227514

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-01664-HWV | 999-0 | WILLIAM J WALL<br>Original Check written to:<br>WILLIAM J WALL and PENNY M WALL<br>448 PRINCE STREET<br>LITTLESTOWN, PA 17340 | | 0.00 | 2,161.64 | 0.00 | 2,161.64 |
| 15-02826-HWV | 008-0 | RUSSEL P. BLUST<br>Original Check written to:<br>CITY OF HARRISBURG<br>LAW BUREAU, ROOM 402<br>10 NORTH SECOND STREET<br>HARRISBURG, PA 17101 | 1018 | 0.00 | 516.28 | 0.00 | 516.28 |
| 15-02826-HWV | 009-0 | RUSSEL P. BLUST<br>Original Check written to:<br>CITY OF HARRISBURG<br>LAW BUREAU, ROOM 402<br>10 NORTH SECOND STREET<br>HARRISBURG, PA 17101 | 7002 | 0.00 | 1,232.09 | 0.00 | 1,232.09 |
| 15-02935-HWV | 003-0 | SCOTT RUSSELL BROSE<br>Original Check written to:<br>CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS<br>RYAN WAGLEY<br>16810 ALLEMAND LAND<br>CYPRESS, TX 77429 | 9233 | 3,215.79 | 18.48 | 0.00 | 18.48 |
| 15-03136-RNO | 999-0 | GARY P. MEACHAM, JR<br>Original Check written to:<br>GARY P. MEACHAM, JR and AMY S. MEACHAM<br>939 PLANK ROAD HOLLOW<br>EMPORIUM, PA 15834 | | 0.00 | 97.57 | 0.00 | 97.57 |
| 15-03945-RNO | 029-0 | MICHAEL DONALD BURKE<br>Original Check written to:<br>NAVIENT SOLUTION<br>PO BOX 9500<br>WILKES BARRE, PA 18773- | 9231 | 21,657.25 | 278.09 | 0.00 | 278.09 |