In re:     Case No. 15-02826-HWV

Russel P. Blust     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3
Date Rcvd: Feb 22, 2021    Form ID: 3180W    Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Federal National Mortgage Association (Fannie Mae, Rosicki, Rosicki & Associates, P.C., 51 East Bethpage Road, Plainview, NY 11803-4224 |
| cr | + | Specialized Loan Servicing LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| 4666403 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 50, Camp Hill, PA 17011-6904 |
| 4971377 | + | Capital Region Water, Attn: Wendy Shollenberger, 100 Pine Drive, Harrisburg, PA 17103-1260 |
| 4666405 | + | City of Harrisburg, Municipal Services, 223 Walnut Street, Suite 1, Harrisburg, PA 17101-1732 |
| 4666406 | + | Dauphin County Tax Claim, 2 South 2nd Street, 1st Floor, Harrisburg, PA 17101-2047 |
| 4666409 | + | Lower Paxton Authority, 5993 Locust Lane, Harrisburg, PA 17109-5629 |
| 5210749 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5210750 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094 Dallas, TX 75261-9094 |
| 4666412 | | Seterus Inc, 14526 SW Millikan Way, Ste 200, Beaverton, OR 97005 |
| 4709019 | + | Seterus, Inc. as the authorized subservicer for Fe, P.O. Box 1047, Hartford, CT 06143-1047 |
| 5317452 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5317453 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 4666413 | | Trident Asset Management, 53 Premier Center East, Suite 440, Atlanta, GA 30346 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: russel9080@gmail.com | Feb 22 2021 19:09:00 | Russel P. Blust, 701 Drexel Rd, Harrisburg, PA 17109-1635 |
| cr | | EDI: WFFC.COM | Feb 22 2021 23:48:00 | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 4666401 | + | EDI: WFFC.COM | Feb 22 2021 23:48:00 | America's Servicing Co, P.O. Box 10328, Des Moines, IA 50306-0328 |
| 4666402 | | EDI: BANKAMER.COM | Feb 22 2021 23:48:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 4666407 | + | EDI: FORD.COM | Feb 22 2021 23:48:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 4666408 | + | Email/Text: BKRMailOPS@weltman.com | Feb 22 2021 19:09:00 | Kay Jewelers, 375 Ghent Road, Fairlawn, OH 44333-4600 |
| 4666410 | + | Email/Text: unger@members1st.org | Feb 22 2021 19:10:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 4724758 | | EDI: PRA.COM | Feb 22 2021 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4682896 | | EDI: PENNDEPTREV | Feb 22 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4682896 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2021 19:09:00 | Pennsylvania Department of Revenue, Bankruptcy |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 4666411 | + | Email/Text: colleen.atkinson@rmscollect.com | Feb 22 2021 19:10:00 | Receivables Management, 7206 Hull Street Rd, Suite 211, Richmond, VA 23235-5826 |
| 4669232 | | EDI: RECOVERYCORP.COM | Feb 22 2021 23:48:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4697092 | + | EDI: WFFC.COM | Feb 22 2021 23:48:00 | U.S. Bank National Association, Trustee, c/o America's Servicing Company, 3476 Stateview Blvd, Attn Bankruptcy Dept MAC D3347-014, Fort Mill, SC 29715-7203 |
| 5287945 | + | Email/Text: bknotices@snsc.com | Feb 22 2021 19:10:00 | US Bank Trust National Association, c/o SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501-0305 |
| 5287946 | + | Email/Text: bknotices@snsc.com | Feb 22 2021 19:10:00 | US Bank Trust National Association, c/o SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501, US Bank Trust National Association, c/o SN Servicing Corporation 95501-0305 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4666404 | | Chase - Curcuit City, P.O. Box 15298, PA 19580 |
| 5289469 | *+ | US Bank Trust National Association, c/o SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501-0305 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew Goldberg | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") creditor c/o Seterus, Inc. Bkmail@rosicki.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Derek J Baker | on behalf of Defendant WELLS FARGO BANK N.A. dbaker@reedsmith.com |
| Derek J Baker | on behalf of Defendant Wells Fargo dbaker@reedsmith.com |
| Heather Stacey Riloff | |

　　　　　　　　　　on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),
　　　　　　　　　　creditor c/o Seterus, Inc heather@mvrlaw.com, Michelle@mvrlaw.com

James Warmbrodt
　　　　　　　　　　on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

Jeniece Davis
　　　　　　　　　　on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),
　　　　　　　　　　creditor c/o Seterus, Inc jeniece@mvrlaw.com, bonnie@mvrlaw.com

Jill Manuel-Coughlin
　　　　　　　　　　on behalf of Creditor U.S. Bank National Association Et Al... bankruptcy@powerskirn.com

Jill Manuel-Coughlin
　　　　　　　　　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bankruptcy@powerskirn.com

Johanna Hill Rehkamp
　　　　　　　　　　on behalf of Debtor 1 Russel P. Blust jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com

Keri P Ebeck
　　　　　　　　　　on behalf of Defendant Specialized Loan Servicing LLC, as Servicing Agent for Bear Stearns Asset-Backed Securities Trust
　　　　　　　　　　2004-AC3, Asset-Backed Certificates, Series 2004-AC3, U.S. Bank National Association, as Trustee kebeck@bernsteinlaw.com,
　　　　　　　　　　jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Michelle Ghidotti
　　　　　　　　　　on behalf of Creditor US Bank Trust National Association as Trustee for FW Series I Trust bknotifications@ghidottiberger.com

Recovery Management Systems Corporation
　　　　　　　　　　claims@recoverycorp.com

United States Trustee
　　　　　　　　　　ustpregion03.ha.ecf@usdoj.gov


TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Russel P. Blust<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–0120<br>EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:15–bk–02826–HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Russel P. Blust
aka Russel P. Blust Sr.

2/22/21

**By the court:** Henry W. Van Eck
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**