## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    RUSSEL P. BLUST                          Case No.: 1-15-02826-HWV
                                                                              Chapter 13

        Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

Creditor Name:                 SN SERVICING CORP
Court Claim Number:         05
Last Four of Loan Number:    9020/PRE ARREARS/701 DREXEL RD
Property Address if applicable:    701 DREXEL RD, , HARRISBURG, PA17109

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---:|
| a. | Allowed prepetition arrearages: | $1,125.49 |
| b. | Prepetition arrearages paid by the Trustee: | $1,125.49 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,125.49 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 25, 2021 	Respectfully submitted,

        s/ Charles J. DeHart, III, Trustee
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        Fax: (717) 566-8313
        eMail: dehartstaff@pamd13trustee.com

Creditor Name: SN SERVICING CORP
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1162990 | 02/08/2017 | $24.75 | $0.00 | $24.75 |
| 5200 | 1164532 | 03/09/2017 | $28.60 | $0.00 | $28.60 |
| 5200 | 1166178 | 04/12/2017 | $28.19 | $0.00 | $28.19 |
| 5200 | 1167707 | 05/11/2017 | $28.19 | $0.00 | $28.19 |
| 5200 | 1169306 | 06/13/2017 | $28.20 | $0.00 | $28.20 |
| 5200 | 1170680 | 07/06/2017 | $28.19 | $0.00 | $28.19 |
| 5200 | 1172198 | 08/10/2017 | $28.20 | $0.00 | $28.20 |
| 5200 | 1173726 | 09/19/2017 | $28.19 | $0.00 | $28.19 |
| 5200 | 1174965 | 10/11/2017 | $28.19 | $0.00 | $28.19 |
| 5200 | 1176308 | 11/08/2017 | $28.08 | $0.00 | $28.08 |
| 5200 | 1177694 | 12/05/2017 | $28.07 | $0.00 | $28.07 |
| 5200 | 1179128 | 01/11/2018 | $28.07 | $0.00 | $28.07 |
| 5200 | 1180490 | 02/08/2018 | $28.08 | $0.00 | $28.08 |
| 5200 | 1181852 | 03/08/2018 | $28.07 | $0.00 | $28.07 |
| 5200 | 1183233 | 04/03/2018 | $28.08 | $0.00 | $28.08 |
| 5200 | 1186370 | 05/15/2018 | $28.07 | $0.00 | $28.07 |
| 5200 | 1187613 | 06/07/2018 | $28.07 | $0.00 | $28.07 |
| 5200 | 1189050 | 07/12/2018 | $28.08 | $0.00 | $28.08 |
| 5200 | 1190405 | 08/09/2018 | $28.07 | $0.00 | $28.07 |
| 5200 | 1191703 | 09/06/2018 | $28.07 | $0.00 | $28.07 |
| 5200 | 1193067 | 10/10/2018 | $83.87 | $0.00 | $83.87 |
| 5200 | 1197190 | 01/10/2019 | $27.95 | $0.00 | $27.95 |
| 5200 | 1198273 | 02/07/2019 | $27.95 | $0.00 | $27.95 |
| 5200 | 1197190 | 02/08/2019 | $-27.95 | $0.00 | $-27.95 |
| 5200 | 1199560 | 03/12/2019 | $55.91 | $0.00 | $55.91 |
| 5200 | 1200949 | 04/11/2019 | $27.95 | $0.00 | $27.95 |
| 5200 | 1202269 | 05/09/2019 | $27.95 | $0.00 | $27.95 |
| 5200 | 1204728 | 07/11/2019 | $55.91 | $0.00 | $55.91 |
| 5200 | 1206084 | 08/07/2019 | $27.96 | $0.00 | $27.96 |
| 5200 | 1207553 | 09/26/2019 | $29.27 | $0.00 | $29.27 |
| 5200 | 1208716 | 10/10/2019 | $28.01 | $0.00 | $28.01 |
| 5200 | 1211205 | 12/12/2019 | $56.04 | $0.00 | $56.04 |
| 5200 | 9006727 | 01/16/2020 | $28.01 | $0.00 | $28.01 |
| 5200 | 9006820 | 02/13/2020 | $28.01 | $0.00 | $28.01 |
| 5200 | 9006909 | 03/12/2020 | $28.02 | $0.00 | $28.02 |
| 5200 | 9007087 | 04/14/2020 | $33.34 | $0.00 | $33.34 |
| 5200 | 9007286 | 05/06/2020 | $27.78 | $0.00 | $27.78 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

RUSSEL P. BLUST

Case No.: 1-15-02826-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 25, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

JOHANNA HILL REHKAMP  SERVED ELECTRONICALLY
CUNNINGHAM, CHERNICOFF & WARSHAWSKY
P.O. BOX 60457
HARRISBURG PA, 17106-

SN SERVICING CORPORATION  SERVED BY 1ST CLASS MAIL
323 FIFTH STREET
EUREKA, CA, 95501

RUSSEL P. BLUST  SERVED BY 1ST CLASS MAIL
701 DREXEL RD
HARRISBURG, PA 17109

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com