United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-02826-HWV |
| Russel P. Blust | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1                   User: AutoDocke                   Page 1 of 2

Date Rcvd: Jun 30, 2021             Form ID: fnldec                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: russel9080@gmail.com | Jun 30 2021 18:54:00 | Russel P. Blust, 701 Drexel Rd, Harrisburg, PA 17109-1635 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021           Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Goldberg | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") creditor c/o Seterus, Inc. Bkmail@rosicki.com |
| Derek J Baker | on behalf of Defendant WELLS FARGO BANK N.A. dbaker@reedsmith.com |
| Derek J Baker | on behalf of Defendant Wells Fargo dbaker@reedsmith.com |
| Heather Stacey Riloff | on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc heather@mvrlaw.com, Michelle@mvrlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

James Warmbrodt
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

Jeniece Davis
    on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc jeniece@mvrlaw.com, bonnie@mvrlaw.com

Jill Manuel-Coughlin
    on behalf of Creditor U.S. Bank National Association Et Al... bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bankruptcy@powerskirn.com

Johanna Hill Rehkamp
    on behalf of Debtor 1 Russel P. Blust jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com

Keri P Ebeck
    on behalf of Defendant Specialized Loan Servicing LLC, as Servicing Agent for Bear Stearns Asset-Backed Securities Trust 2004-AC3, Asset-Backed Certificates, Series 2004-AC3, U.S. Bank National Association, as Trustee kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Michelle Ghidotti
    on behalf of Creditor US Bank Trust National Association as Trustee for FW Series I Trust bknotifications@ghidottiberger.com

Recovery Management Systems Corporation
    claims@recoverycorp.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov


TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Russel P. Blust, aka Russel P. Blust Sr., | Chapter 13 |
| **Debtor 1** | Case No. 1:15−bk−02826−HWV |

Social Security No.: xxx−xx−0120

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 30, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (10/20)